# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 5:93CR30025 |
| v. | ) **ORDER** |
| | ) |
| MAURICE EDWARD JACKSON, | ) By: James P. Jones |
| | ) United States District Judge |
| Defendant. | ) |

For the reasons set forth in the Opinion accompanying this Final Order, it is ORDERED as follows:

1. The defendant's "MOTION TO SUPPLEMENT TO PETITIONER FIRST AMENDMENT PETITION ARTICLE I FOR REDRESS OF GRIEVANCES, PURSUANT UNDER THE UNITED STATES CONSTITUTION FOR CONSITTUTIONAL VIOLATION 'AFFIDAVIT OF FACTS'" (ECF No. 203) is CONSTRUED as a Motion to Vacate, Set Aside or Correct Sentence, pursuant to 28 U.S.C.A. § 2255;

2. The Clerk is DIRECTED to redocket the motion (ECF No. 203) as a § 2255 motion;

3. The § 2255 motion is hereby DENIED without prejudice as successive;

4. The § 2255 motion is stricken from the active docket of the court; and

5. A Certificate of Appealability is DENIED, based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right.

ENTER: April 23, 2012

/s/ James P. Jones
United States District Judge